UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

STEPHEN ANDREW LEEDY

CASE NO. 8:24cr462 KKM-NHA

18 U.S.C. § 2251(a)
(Production of Child Pornography)
18 U.S.C. § 2422(b)
(Coercion and Enticement of a Minor
To Engage in Sexual Activity)

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
**(Production of Child Pornography)**

On or about October 30, 2022, in the Middle District of Florida, and elsewhere, the defendant,

STEPHEN ANDREW LEEDY,

did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT TWO
### (Production of Child Pornography)

On or about December 22, 2021, in the Middle District of Florida, and elsewhere, the defendant,

STEPHEN ANDREW LEEDY,

did employ, use, persuade, induce, entice, and coerce Minor Victim 2 to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT THREE
### (Coercion and Enticement of a Minor to Engage in Sexual Activity)

From on or about December 4, 2021, through on or about July 6, 2022, in the Middle District of Florida, and elsewhere, the defendant,

STEPHEN ANDREW LEEDY,

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, Minor Victim 2, to engage in sexual activity for which any person could be charged with a criminal offense, specifically: Florida Statute § 800.04(4)(a)(1), Lewd or Lascivious Battery, and Florida Statute § 800.04(6), Lewd or Lascivious Conduct, and Florida

Statute § 827.071, Sexual Performance by a Child, and Florida Statute § 847.0135 Prohibited Computer Usage.

In violation of 18 U.S.C. § 2422(b).

## COUNT FOUR
**(Production of Child Pornography)**

On or about December 13, 2021, in the Middle District of Florida, and elsewhere, the defendant,

STEPHEN ANDREW LEEDY,

did employ, use, persuade, induce, entice, and coerce Minor Victim 3 to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, and the visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT FIVE
**(Coercion and Enticement of a Minor to Engage in Sexual Activity)**

From on or about November 23, 2021, through on or about December 13, 2021, in the Middle District of Florida, and elsewhere, the defendant,

STEPHEN ANDREW LEEDY,

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, Minor

3

Victim 3, to engage in sexual activity for which any person could be charged with a criminal offense, specifically: Florida Statute § 794.011 Sexual Battery, and Florida Statute § 800.04(6), Lewd or Lascivious Conduct, and Florida Statute § 827.071, Sexual Performance by a Child, and Florida Statute § 847.0135 Prohibited Computer Usage.

In violation of 18 U.S.C. § 2422(b).

## **FORFEITURE**

1. The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2251(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. If any of the property described above, as a result of any act or omission

4

of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
    Abigail K. King
    Assistant United States Attorney

By: _____
    Michael C. Sinacore
    Assistant United States Attorney
    Chief, Special Prosecutions

FORM OBD-34
October 24

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

STEPHEN ANDREW LEEDY

INDICTMENT

Violations: 18 U.S.C. § 2251(a)
18 U.S.C. § 2422(b)

A true bill, ▮▮▮▮▮▮▮▮▮▮
_____
                Foreperson

Filed in open court this 24th day

Of October 2024

_____R. Nieves_____   KARINA NIEVES
                Clerk

Bail $ _____

GPO 863 525